**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

NIYOM SOUVANNASOT,          )
                                   )
             Plaintiff,        )
                                   )      Civ. No. 19-1771 (UNA)
                                   )
MICHAEL KLEIN,              )
                                   )
             Defendant.      )

**MEMORANDUM OPINION**

Plaintiff, a citizen of Joliet, Illinois, alleges that he was involved in a single-vehicle accident on January 15, 2018. Compl. at 1. It appears that there was a dispute as to the amount of his insurance deductible. *See id.* Plaintiff believes that his deductible is $500, and an insurance agent maintains that plaintiff's deductible is $1000. *See id.* Plaintiff refused to pay more than $500, and he asks the Court to "handle this case," *id.* at 2, against the president of the insurance company.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). The complaint does not state a claim arising under the United States Constitution or federal law and, therefore, the plaintiff does not demonstrate federal question jurisdiction. Because the plaintiff's demand for monetary damages does not exceed $75,000, and because the parties both are citizens of Illinois, the plaintiff fails to establish diversity jurisdiction. Accordingly, the Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint for lack of subject matter jurisdiction. An Order is issued separately.

DATE: July 22, 2019

                                          _____
                                          United States District Judge